IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIE TAMAKLOE, :
      Plaintiff, :
      v. : Case No. 3:06-cv-226-KRG-KAP
DANIEL LEONARD, M.D., Medical :
Director, F.C.I. Loretto, :
      Defendant :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 26, 2007, docket no. 2, recommending that plaintiff's motion to proceed in forma pauperis be denied and the complaint dismissed as malicious.

The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Plaintiff filed objections, which I have reviewed but find to be without merit. In particular, plaintiff's Exhibit B, docket no. 3-1 at 8-9, a letter dated May 22, 2005, which complains of harassment in 2006, supports rather than weakens the conclusion that plaintiff's allegations of sexual harassment were not advanced in good faith but rather to obtain a transfer.

Upon de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 16th day of April, 2007, it is

ORDERED that plaintiff's motion to proceed in forma pauperis is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Willie Tamakloe #13915-050
    F.C.I. Loretto
    P.O. Box 1000
    Loretto, PA 15940